UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS LEVINE, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>MARC L. ANDREESSEN, et al.,<br><br>    Defendants. | Case No.: C 10-3608 PVT |
| TEAMSTERS UNION LOCAL #142 PENSION TRUST, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>  v.<br><br>MARC L. ANDREESSEN, et al.,<br><br>    Defendants. | Case No.: C 10-3659 LHK |
| KEY WEST POLICE & FIRE PENSION FUND, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>  v.<br><br>MARC L. ANDREESSEN, et al.,<br><br>    Defendants. | Case No.: C 10-3660 PVT<br><br>**ORDER Finding Cases Related; and**<br><br>**ORDER that Cases Be Reassigned to a District Judge** |

On August 20, 2010, Plaintiffs in Case No. C10-3659 LHK filed a motion to consider whether the case is related to Case Nos. C10-3608 PVT and C10-3660 PVT. Plaintiffs in Case

No. C10-3659 LHK also filed a Declination to Proceed Before a United States Magistrate Judge.[1]

Based on the motion and the file herein,

IT IS HEREBY ORDERED that the court finds that Case Nos. C10-3608 PVT, C10-3659 LHK, and C10-3660 PVT, are related.  They involve substantially the same parties and events.  Each is a derivative case brought on behalf of Hewlett-Packard Company against the same defendants.  They all assert the same or substantially similar claims, and are based on the same or substantially similar facts.  Thus, it is appropriate to relate all three cases and assign all cases to the judge assigned to the earliest filed case.  *See* CIVIL L.R. 3-12(f)(3).  Thus, as of the signing of this order, all three cases are deemed reassigned to Magistrate Judge Trumbull.

IT IS FURTHER ORDERED that the clerk of the court shall reassign all three of these related cases to a District Judge.  As noted above, Plaintiffs in Case No. C10-3659 LHK filed a Declination to Proceed Before a United States Magistrate Judge.  Thus, the case must be reassigned to a District Judge

Dated: *8/23/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] Case No. C10-3659 was initially assigned to Magistrate Judge Trumbull.  After the declination was filed, it was reassigned to District Judge Koh.

ORDER, *page 2*