IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Levine, / | NO. C 10-03608 JW<br>NO. C 10-03659 JW<br>NO. C 10-03660 JW<br>NO. C 10-03716 JW |
| Teamsters Union Local #142 Pension Trust, / | **ORDER VACATING HEARING; SETTING CASE MANAGEMENT CONFERENCE** |
| Key West Police & Fire Pension Fund, / | |
| Louisiana Muni. Police Emp. Ret. Sys.<br>    Plaintiffs.<br>   v.<br>Marc L. Andreessen, et al.,<br>    Defendants. / | |

Presently before the Court are Plaintiffs' Motions for a Preliminary Injunction[1] set for hearing October 4, 2010. On October 1, 2010, the parties, in a joint conference call, informed the Court that they have "settled the Motions" but wish to appear to discuss "other issues" with the Court.

---

[1] (hereafter, "Motion," Docket Item No. 40 in C 10-03659; Docket Item No. 28 in C 10-03660.)

In light of the parties' representation, the Court VACATES the hearing on the Motions and orders the Motions terminated from the docket. Since the proper forum for the parties to discuss "issues" with the Court is in a Case Management Conference, the Court sets a Case Management Conference for **October 18, 2010 at 10 a.m.** for all four cases.

On or before **October 8, 2010**, the parties shall meet and confer and file a Joint Case Management Conference Statement. The Statement shall include, among other things, the parties' positions with respect to: (1) HP's Motion to Consolidate Cases,[2] and (2) Plaintiff Levine's Motion to Coordinate Cases for a Limited Purpose and to Appoint Lead Counsel.[3] In addition, the parties shall identify any outstanding issues to be resolved and propose a schedule as to how these cases should proceed.

In light of the scheduled October 18, 2010 Conference, all other conferences are VACATED.

Dated: October 1, 2010

*James Ware*
JAMES WARE
United States District Judge

---

[2] (Docket Item No. 75.)

[3] (Docket Item No. 78.)

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Wintersheimer Findley awintersheimer@allenmatkins.com
Brady Richard Dewar bdewar@morganlewis.com
Diane Leslie Webb dwebb@morganlewis.com
Dwight Ludden Armstrong darmstrong@allenmatkins.com
Eric L. Zagar ezagar@btkmc.com
Erik David Peterson epeterson@btkmc.com
Franklin Brockway Gowdy fgowdy@morganlewis.com
James Elliot Lyons jlyons@skadden.com
Jeren Wei jwei@allenmatkins.com
Jill Marie Baisinger jbaisinger@morganlewis.com
Karen A. Pieslak Pohlmann kpohlmann@morganlewis.com
Katherine Leigh Henderson khenderson@wsgr.com
Keith Paul Bishop kbishop@allenmatkins.com
Lawrence David Lewis llewis@allenmatkins.com
Marc J. Sonnenfeld msonnenfeld@morganlewis.com
Ramzi Abadou rabadou@btkmc.com
Robin Winchester rwinchester@sbtklaw.com

**Dated:  October 1, 2010**                                **Richard W. Wieking, Clerk**

                                                           **By:     /s/ JW Chambers            **
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**