1  JAMES E. LYONS (SBN 112582)
   RICHARD S. HORVATH, JR. (SBN 254681)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
3  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111
4  Telephone: (415) 984-6400
   Facsimile: (415) 984-2698
5
   GARRETT J. WALTZER (State Bar No. 130764)
6  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
7  Palo Alto, California 94301
   Telephone: (650) 470-4500
8  Facsimile: (650) 470-4570

9  *Attorneys for Defendants*
   JOHN R. JOYCE and LUCILLE S. SALHANY
10
                    **UNITED STATES DISTRICT COURT**
11                  **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN JOSE DIVISION**
12

| | |
|---|---|
| LOUIS LEVINE, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Civil Action No: 5:10-CV-3608-JW |
| Plaintiff, | Related Cases: 5:10-CV-3659-JW<br>5:10-CV-3660-JW<br>5:10-CV-3716-JW |
| vs. | |
| MARC L. ANDREESSEN, LAWRENCE T. BABBIO, RAJIV L. GUPTA, JOHN H. HAMMERGREN, MARK V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY, and G. KENNEDY THOMPSON, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>Courtroom: Courtroom 8, 4th Floor<br>Judge: Hon. James Ware<br><br>Trial Date: Not Yet Set |
| Defendants, | |
| -and- | |
| HEWLETT-PACKARD COMPANY, | |
| Nominal Defendant. | |

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING – CASE NO.: 5:10-CV-3708-JW

1   Plaintiff Louis Levine and Defendants John R. Joyce and Lucille S. Salhany stipulate as
2   follows:
3   WHEREAS, Plaintiff Levine filed his action captioned *Louis Levine v. Marc L. Andreessen,*
4   *et al.* (Case No. 5:10-CV-03608-JW) in this Court on August 16, 2010 (the "*Levine* Action");
5   WHEREAS, related actions captioned *Key West Police & Fire Pension Fund v. Marc L.*
6   *Andreessen, et al.* (Case No. 5:10-CV-03660-JW), *Teamsters Union Local #142 Pension Trust v.*
7   *Marc L. Andreessen, et al.* (Case No. 5:10-CV-03659-JW), and *Louisiana Municipal Police*
8   *Employees' Retirement System, et al.* (Case No. 5:10-CV-03716-JW) have been filed in this Court
9   (together with the *Levine* Action, the "Federal Actions");
10  WHEREAS, Defendant Salhany was served with process in the *Levine* Action on August
11  17, 2010;
12  WHEREAS, on August 27, 2010, Plaintiff Levine sent Waivers of Service to Defendants
13  Marc L. Andreessen, Lawrence T. Babbio, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt,
14  Robert L. Ryan, and G. Kennedy Thompson in the *Levine* Action;
15  WHEREAS, Defendants Andreessen, Babbio, Gupta, Hammergren, Hyatt, Ryan, and
16  Thompson signed and returned the Waivers of Service on August 31, 2010, requiring these
17  defendants to answer, move to dismiss, or otherwise respond to the complaint in the *Levine* Action
18  on October 26, 2010;
19  WHEREAS, Defendant Joyce was served with process in the *Levine* Action on September
20  16, 2010;
21  WHEREAS, the parties agree that Defendants Andreessen, Babbio, Gupta, Hammergren,
22  Hyatt, Joyce, Ryan, Salhany, and Thompson should have the same date to answer, move to dismiss,
23  or otherwise respond to the complaint in the *Levine* Action;
24  NOW, THEREFORE, the parties agree as follows:
25      1.   Defendants John R. Joyce and Lucille S. Salhany shall answer, move to
26  dismiss, or otherwise respond to the complaint in the *Levine* Action on October 26, 2010.
27      2.   Defendants John R. Joyce and Lucille S. Salhany preserve their rights in the
28  *Levine* Action to object to that action for improper venue or lack of personal jurisdiction.

-1-

3. This stipulation is made without prejudice to the parties later agreeing to a further stipulation extending the time to answer, move to dismiss, or otherwise respond to the complaint in the *Levine* Action, and without prejudice to any party later seeking an order from the Court consolidating the Federal Actions or seeking a new date to answer, move to dismiss, or otherwise respond to a consolidated complaint in the Federal Actions.

DATED: October 6, 2010    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
James E. Lyons
Attorneys For Defendants John R. Joyce and
Lucille S. Salhany

DATED: October 6, 2010    BARRACK, RODOS & BACINE

By: _____
Samuel M. Ward
Attorney For Plaintiff Louis Levine

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __October 8__, 2010

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING -- CASE NO.: 5:10-CV-3708-JW
223923-San Francisco Server 1A - MSW