**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Levine, _____/ <br><br> Teamsters Union Local #142 Pension Trust, _____/ <br><br> Key West Police & Fire Pension Fund, _____/ <br><br> Louisiana Muni. Police Emp. Ret. Sys. <br>  Plaintiffs. <br> v. <br> Marc L. Andreessen, et al., <br>  Defendants. <br> _____/ | NO. C 10-03608 JW <br> NO. C 10-03659 JW <br> NO. C 10-03660 JW <br> NO. C 10-03716 JW <br><br> **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On October 18, 2010, the Court conducted a Case Management Conference. Counsel for the respective parties were present. In light of the discussion at the Conference, the Court ORDERS as follows:

(1) On **November 1, 2010 at 9 a.m.**, the Court will conduct a hearing on the parties' various Motions regarding consolidation and coordination of the four related actions, and Plaintiffs' Motions for Appointment of Counsel.

(2) On or before **October 22, 2010**, the parties shall each file and lodge with the Court a single Opposition Brief addressing the various Motions.

1     (3)    In light of the pending Motions, the Court stays all discovery.

3 Dated: October 19, 2010

                                          JAMES WARE
                                          United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Amy Wintersheimer Findley awintersheimer@allenmatkins.com
Brady Richard Dewar bdewar@morganlewis.com
3  Diane Leslie Webb dwebb@morganlewis.com
Dwight Ludden Armstrong darmstrong@allenmatkins.com
4  Eric L. Zagar ezagar@btkmc.com
Erik David Peterson epeterson@btkmc.com
5  Franklin Brockway Gowdy fgowdy@morganlewis.com
James Elliot Lyons jlyons@skadden.com
6  Jeren Wei jwei@allenmatkins.com
Jill Marie Baisinger jbaisinger@morganlewis.com
7  Karen A. Pieslak Pohlmann kpohlmann@morganlewis.com
Katherine Leigh Henderson khenderson@wsgr.com
8  Keith Paul Bishop kbishop@allenmatkins.com
Lawrence David Lewis llewis@allenmatkins.com
9  Marc J. Sonnenfeld msonnenfeld@morganlewis.com
Ramzi Abadou rabadou@btkmc.com
10 Robin Winchester rwinchester@sbtklaw.com

**Dated: October 19, 2010**                              **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**