IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re HP Derivative Litigation | NO. C 10-03608 JW |
| | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This case is scheduled for a Case Management Conference on December 20, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 61.) In the Joint Statement, the parties report that they are actively negotiating a stay in this case, and that, should efforts at stipulation fail, Defendant HP intends to move for a stay.

In light of the parties' negotiations, the Court finds that a Case Management Conference is premature at this time. Accordingly, the Court CONTINUES the December 20 Conference until **January 24, 2011 at 10 a.m.** On or before **January 14, 2011**, the parties shall file a Joint Statement including, *inter alia*, an update on the parties' negotiations for a stay and a good faith proposed schedule as to how this case should proceed in compliance with the PSLRA.

Dated: December 14, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Wintersheimer Findley awintersheimer@allenmatkins.com
Brady Richard Dewar bdewar@morganlewis.com
Bryan Jacob Ketroser bketroser@wsgr.com
Diane Leslie Webb dwebb@morganlewis.com
Dwight Ludden Armstrong darmstrong@allenmatkins.com
Franklin Brockway Gowdy fgowdy@morganlewis.com
James Elliot Lyons jlyons@skadden.com
Jeren Wei jwei@allenmatkins.com
Jill Marie Baisinger jbaisinger@morganlewis.com
Karen A. Pieslak Pohlmann kpohlmann@morganlewis.com
Katherine Leigh Henderson khenderson@wsgr.com
Keith Paul Bishop kbishop@allenmatkins.com
Lawrence David Lewis llewis@allenmatkins.com
Marc J. Sonnenfeld msonnenfeld@morganlewis.com
Richard Stephen Horvath richard.horvath@skadden.com
Robin Winchester rwinchester@sbtklaw.com
Samuel M. Ward sward@barrack.com
Stephen R. Basser sbasser@barrack.com
Steven Mark Schatz sschatz@wsgr.com

Dated:  December 14, 2010                                Richard W. Wieking, Clerk


                                                         By:     /s/ JW Chambers
                                                                 Elizabeth Garcia
                                                                 Courtroom Deputy