IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re HP Derivative Litigation | NO. C 10-03608 JW |
| | **ORDER VACATING CASE MANAGEMENT CONFERENCE; STAYING CASE** |

This case is scheduled for a Case Management Conference on January 24, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 63.) In their Joint Statement, the parties contend that all Plaintiffs and Defendants, with the exception of Mr. Hurd, consent to a stay of the case to allow for an investigation by independent outside counsel. Mr. Hurd contends that he might consider a stay, but lacks adequate information to assess at this time.

Upon review, the Court finds good cause to STAY the case for forty-five (45) days pending the investigation. Accordingly, the Court VACATES the January 24 Conference and sets **March 21, 2011 at 10 a.m.** for a follow-up Case Management Conference. On or before **March 11, 2011**, the parties shall file a Joint Case Management Statement that includes, *inter alia*, an update on the investigation and a good faith proposed schedule on how the litigation should proceed.

Dated: January 20, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Wintersheimer Findley awintersheimer@allenmatkins.com
Brady Richard Dewar bdewar@morganlewis.com
Bryan Jacob Ketroser bketroser@wsgr.com
Diane Leslie Webb dwebb@morganlewis.com
Dwight Ludden Armstrong darmstrong@allenmatkins.com
Franklin Brockway Gowdy fgowdy@morganlewis.com
James Elliot Lyons jlyons@skadden.com
Jeren Wei jwei@allenmatkins.com
Jill Marie Baisinger jbaisinger@morganlewis.com
Karen A. Pieslak Pohlmann kpohlmann@morganlewis.com
Katherine Leigh Henderson khenderson@wsgr.com
Keith Paul Bishop kbishop@allenmatkins.com
Lawrence David Lewis llewis@allenmatkins.com
Marc J. Sonnenfeld msonnenfeld@morganlewis.com
Richard Stephen Horvath richard.horvath@skadden.com
Robin Winchester rwinchester@sbtklaw.com
Samuel M. Ward sward@barrack.com
Stephen R. Basser sbasser@barrack.com
Steven Mark Schatz sschatz@wsgr.com

**Dated: January 20, 2011**  **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California