IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re HP Derivative Litigation | NO. C 10-03608 JW |
| | **ORDER VACATING CASE MANAGEMENT CONFERENCE; EXTENDING STAY** |

This case is scheduled for a Case Management Conference on March 21, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 67.) In their Joint Statement, the parties contend that the independent investigation of the Board of Director's activities have been diligently underway, however, the investigative committee request an additional stay of forty-five (45) days in order to complete their interviews and prepare a formal report. All Plaintiffs and Defendants, with the exception of Mr. Hurd, consent to an extension of the stay. Mr. Hurd contends that he might consider an extended stay, but lacks adequate information to assess at this time.

Upon review, the Court finds good cause to STAY the case for an additional forty-five (45) days pending the completion of the investigation. Accordingly, the Court VACATES the March 21 Conference and sets **May 9, 2011 at 10 a.m.** for a follow-up Case Management Conference. On or before **April 29, 2011**, the parties shall file a Joint Case Management Statement that includes, *inter alia*, an update on the investigation and a good faith proposed schedule on how the litigation should proceed.

Dated: March 16, 2011

JAMES WARE
United States District Chief Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Wintersheimer Findley awintersheimer@allenmatkins.com
Brady Richard Dewar bdewar@morganlewis.com
Bryan Jacob Ketroser bketroser@wsgr.com
Diane Leslie Webb dwebb@morganlewis.com
Dwight Ludden Armstrong darmstrong@allenmatkins.com
Franklin Brockway Gowdy fgowdy@morganlewis.com
James Elliot Lyons jlyons@skadden.com
Jeren Wei jwei@allenmatkins.com
Jill Marie Baisinger jbaisinger@morganlewis.com
Karen A. Pieslak Pohlmann kpohlmann@morganlewis.com
Katherine Leigh Henderson khenderson@wsgr.com
Keith Paul Bishop kbishop@allenmatkins.com
Lawrence David Lewis llewis@allenmatkins.com
Marc J. Sonnenfeld msonnenfeld@morganlewis.com
Richard Stephen Horvath richard.horvath@skadden.com
Robin Winchester rwinchester@sbtklaw.com
Samuel M. Ward sward@barrack.com
Stephen R. Basser sbasser@barrack.com
Steven Mark Schatz sschatz@wsgr.com

**Dated:  March 16, 2011**                                                          **Richard W. Wieking, Clerk**


                                                                                    **By:      /s/ JW Chambers**
                                                                                       **Elizabeth Garcia**
                                                                                       **Courtroom Deputy**