ALLEN J. RUBY (STATE BAR NO. 47109)
Allen.Ruby@skadden.com
GARRETT J. WALTZER (STATE BAR NO. 130764)
Garrett.Waltzer@skadden.com
THOMAS V. CHRISTOPHER (STATE BAR NO. 185928)
Thomas.Christopher@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

Attorneys for Specially Appearing Defendants
MARC L. ANDREESSEN, LAWRENCE T. BABBIO,
SARI M. BALDAUF, RAJIV L. GUPTA,
JOHN H. HAMMERGREN, JOEL Z. HYATT,
JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S.
SALHANY and G. KENNEDY THOMPSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| IN RE HP DERIVATIVE LITIGATION | CASE NO. 5:10-CV-03608-EJD |
|---|---|
| | [~~PROPOSED~~] ORDER APPROVING SUBSTITUTION OF COUNSEL |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Specially appearing defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany and G. Kennedy Thompson (the "Director Defendants") seek an order permitting substitution of Allen J. Ruby (SBN 47109) of the law firm Skadden, Arps, Slate, Meagher & Flom, LLP, located at 525 University Avenue, Suite 1100, Palo Alto, CA 94301, in place of James E. Lyons (SBN 112582) of the law firm Skadden, Arps, Slate, Meagher & Flom, LLP, located at 525 University Avenue, Suite 1100, Palo Alto, CA 94301 in *In re HP Derivative Litigation*, Case No. 5:10-CV-03608-EJD.

Pursuant to Civil Local Rule 11-5 and in accordance with General Order 45, the Court approves the substitution of counsel sought by the Director Defendants.

IT IS SO ORDERED.

DATED: October 6, 2011

_____
THE HONORABLE EDWARD J DAVILA
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

DATED: October 3, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Garrett J. Waltzer_____
GARRETT J. WALTZER
Attorneys for Specially Appearing Defendants
MARC L. ANDREESSEN, LAWRENCE T. BABBIO,
SARI M. BALDAUF, RAJIV L. GUPTA,
JOHN H. HAMMERGREN, JOEL Z. HYATT,
JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S.
SALHANY and G. KENNEDY THOMPSON

1