MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY (047918)
DIANE L. WEBB (197851)
KIM ALEXANDER KANE (226896)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000; Fax: 415.442.1001
Email: fgowdy@morganlewis.com
       dwebb@morganlewis.com
       kkane@morganlewis.com

MARC J. SONNENFELD (*Pro Hac Vice*)
KAREN PIESLAK POHLMANN (*Pro Hac Vice*)
JILL M. BAISINGER (*Pro Hac Vice*)
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000; Fax: 215.963.5001
Email: msonnenfeld@morganlewis.com
       kpohlmann@morganlewis.com
       jbaisinger@morganlewis.com

Attorneys for Nominal Defendant
Hewlett-Packard Company

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
STEVEN M. SCHATZ (118356)
BORIS FELDMAN (128838)
BRYAN J. KETROSER (239105)
KATHERINE L. HENDERSON (242676)
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: 650.493.9300; Fax: 650.565.5100
Email: sschatz@wsgr.com
       bfeldman@wsgr.com
       bketroser@wsgr.com
       khenderson@wsgr.com

**IT IS SO ORDERED**
Judge Edward J. Davila
3/29/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HP DERIVATIVE LITIGATION | Case No.: 10-CV-03608 EJD<br>(Consolidated Action)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL JILL M. BAISINGER**<br><br>Courtroom 1, 5th Floor<br>Before: Hon. Edward J. Davila |

TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Jill M. Baisinger (admitted Pro Hac Vice) is hereby withdrawn as counsel of record for Nominal Defendant Hewlett-Packard Company ("HP") effective immediately as she is no longer affiliated with the law firm of Morgan, Lewis & Bockius LLP.  HP requests that Ms. Baisinger's name be removed from any applicable service list and that the Clerk terminate the delivery of all CM/ECF notices addressed to jbaisinger@morganlewis.com in the above-captioned matter. Withdrawal of counsel will not cause any prejudice to HP as it will continue to be represented by Steven Schatz, Boris Feldman, Bryan Ketroser, and Katherine Henderson of Wilson Sonsini Goodrich & Rosati, P.C. and Marc Sonnenfeld, Karen Pohlmann, Franklin Brockway Gowdy, Diane Webb and Kim Alexander Kane of Morgan, Lewis & Bockius LLP.

Dated:  March 26, 2012       MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Marc J. Sonnenfeld
    Marc J. Sonnenfeld

    Attorneys for Nominal Defendant
    Hewlett-Packard Company

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF WITHDRAWAL OF ATTORNEY       1       (5:10-CV-03608-EJD)

DB1/ 69382737.1