IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HP DERIVATIVE LITIGATION | CASE NO. 5:10-cv-03608 EJD |
| | **ORDER TO SHOW CAUSE** |

_____ /

On September 25, 2012, this court issued an order dismissing the Consolidated Verified Shareholder Derivative Complaint with leave to amend. See Docket Item No. 125. The court provided Plaintiffs thirty (30) days from the date of the order to file an amended complaint. To date, Plaintiffs have not filed an amended complaint as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiffs do not, **by November 9, 2012**, demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: October 30, 2012

EDWARD J. DAVILA
United States District Judge