| | |
|---|---|
| **KESSLER TOPAZ,**<br>**MELTZER & CHECK, LLP**<br>Eric L. Zagar (250519)<br>Robin Winchester<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (267) 948-2512<br><br>-and-<br><br>Ramzi Abadou (222567)<br>580 California Street, Suite 1750<br>San Francisco, CA 94104<br>Telephone: (415) 400-3000<br>Facsimile: (415) 400-3001<br><br>*Co-Lead Counsel* | **BARRACK, RODOS & BACINE**<br>Stephen R. Basser (121590)<br>Samuel M. Ward (216562)<br>One America Plaza<br>600 West Broadway, Suite 900<br>San Diego, CA  92101<br>Telephone:  (619) 230-0800<br>Facsimile:  (619) 230-1874<br><br>-and-<br><br>A. Arnold Gershon<br>425 Park Avenue, Suite 3100<br>New York, NY 10022<br>Telephone:  (212) 668-0782<br>Facsimile:  (212) 688-0783 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE HP DERIVATIVE LITIGATION** | Case No. 10-cv-03608-EJD<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR DISMISSAL WITH**<br>**PREJUDICE** |

Pursuant to Rules 41 (a)(1)(A)(ii) and 23.1 of the Federal Rules of Civil Procedure, Plaintiffs Louis Levine, Teamsters Union Local #142 Pension Trust, Key West Police & Fire Pension Fund and Louisiana Municipal Police Employees' Retirement System, derivatively on behalf of nominal defendant Hewlett-Packard Company, and the Defendants, Mark V. Hurd, Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, John R. Joyce, Robert L. Ryan, Lucille S. Salhany, G. Kennedy Thompson and nominal defendant Hewlett-Packard Company, hereby stipulate to the dismissal of the above action with prejudice. Plaintiffs waive against Defendants and Defendants waive against Plaintiffs all costs and attorneys' fees in connection with this case. No monetary consideration has been provided in exchange for this dismissal. Given that the case is being dismissed following the Court's granting of Defendants' motions to dismiss, the parties believe that no separate notice of this dismissal is necessary under Rule 23.1(c).

DATED:  November 6, 2012                    Respectfully submitted,

                                           **KESSLER TOPAZ**
                                           **MELTZER & CHECK, LLP**
                                           ERIC L. ZAGAR (250519)
                                           ROBIN WINCHESTER

                                           /s/ ROBIN WINCHESTER
                                           ROBIN WINCHESTER

                                           280 King of Prussia Road
                                           Radnor, PA 19087
                                           Telephone: (610) 667-7706
                                           Facsimile: (267) 948-2512

                                           **KESSLER TOPAZ**
                                           **MELTZER & CHECK, LLP**
                                           RAMZI ABADOU (222567)
                                           580 California Street, Suite 1750
                                           San Francisco, CA 94104
                                           Telephone: (415) 400-3000
                                           Facsimile: (415) 400-3001

                                           *Counsel for Teamsters Union Local #142*
                                           *Pension Trust and Key West Police & Fire*
                                           *Pension Fund*

| | |
|---|---|
| DATED:  November 6, 2012 | **BARRACK, RODOS & BACINE**<br>STEPHEN R. BASSER (121590)<br>SAMUEL M. WARD (216562)<br><br>/S/  STEPHEN R. BASSER<br>STEPHEN R. BASSER<br><br>One America Plaza<br>600 West Broadway, Suite 900<br>San Diego, CA  92101<br>Telephone:  (619) 230-0800<br>Facsimile:  (619) 230-1874<br><br>**BARRACK, RODOS & BACINE**<br>A. ARNOLD GERSHON<br>425 Park Avenue, Suite 3100<br>New York, NY 10022<br>Telephone:  (212) 668-0782<br>Facsimile:  (212) 688-0783<br><br>*Counsel for Louis Levine and Louisiana Municipal Police Employees' Retirement System* |
| DATED:  November 6, 2012 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>GARRETT J. WALTZER<br>RICHARD S. HORVATH, JR.<br><br>/s/ GARRETT J. WALTZER<br>GARRETT J. WALTZER<br><br>525 University Ave.<br>Suite 1100<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br><br>*Counsel for Defendants Marc L. Andreessen, Lawrence T. Babbio, Sari M. Baldauf, Rajiv L. Gupta, John H. Hammergren, Joel Z. Hyatt, Robert L. Ryan, Lucille S. Salhany, G. Kennedy Thompson,and John R. Joyce* |

DATED:  November 6, 2012

**ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**
LAWRENCE D. LEWIS
DWIGHT L. ARMSTRONG
KEITH P. BISHOP


/S/ LAWRENCE D. LEWIS
LAWRENCE D. LEWIS

1900 Main Street, 5th Floor
Irvine, CA 92614
Telephone: (949) 553-1313
Facsimile: (949) 553-8354

*Counsel for Defendant Mark V. Hurd*

DATED:  November 5, 2012

**WILSON SONSINI GOODRICH & ROSATI**
**PROFESSIONAL CORPORATION**
STEVEN M. SCHATZ
BORIS FELDMAN
KATHERINE L. HENDERSON
BRIAN DANITZ


/S/  STEVEN M. SCHATZ
STEVEN M. SCHATZ

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

**MORGAN LEWIS AND BOCKIUS**
MARC J. SONNENFELD
KAREN A. PIESLAK POHLMANN
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

*Counsel for Nominal Defendant Hewlett-Packard Company*

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

/S/ STEPHEN R. BASSER
STEPHEN R. BASSER

STIP & [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. 10-CV-03608-EJD

## ORDER

Pursuant to Stipulation of all parties, and good cause appearing therefore, it is hereby ordered, pursuant to Federal Rules of Civil Procedure 23.1 and 41(a), that this Action is dismissed with prejudice . Plaintiffs waive against Defendants and Defendants waive against Plaintiffs all costs and attorneys' fees in connection with this case.   No separate notice of the dismissal need be disseminated. The clerk shall close this file.

IT IS SO ORDERED.

Dated: __ November 7, 2012 ____

_____
The Honorable Edward J. Davila

- 4 -